FILED IN CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

2019 MAY 24 PM 3:34

U.S. DISTRICT COURT
DISTRICT OF MASS.

SAINTDIL SAMUEL
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

MONIQUE PIERRE-LOUIS
&
JOHN M. GALLAGHER
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 19-30071
(to be filled in by the Clerk's Office)

## COMPLAINT AND REQUEST FOR INJUNCTION

To STAY AWAY FROM MY HOUSE 301-307 BELMONT ST BROCKTON MA 02301

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SAINTDIL SAMUEL
Street Address: 143 DRAPER STREET
City and County: SPRINGFIELD
State and Zip Code: MA 01108
Telephone Number: 508 345 3934
E-mail Address: THEBEST4US@LIVE.COM

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: MONIQUE PIERRE-LOUIS
- Job or Title (if known):
- Street Address: 1060 RUE DENOGENT
- City and County: BOUCHERVILLE, QUEBEC
- State and Zip Code: CANADA J4B-2R7
- Telephone Number: 450-641-3791
- E-mail Address (if known):

Defendant No. 2
- Name: JOHN M. GALLAGUER
- Job or Title (if known):
- Street Address: 31 WEST STREET
- City and County: RANDOLPH
- State and Zip Code: MA 02368
- Telephone Number: 617 833-7406
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

UNDER 28 U.S.C. -1332

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* SAINTDIL SAMUEL, is a citizen of the State of *(name)* MASSACHUSETTS

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* MONIQUE PIERRELouis a citizen of the State of *(name)* CANADA. Or is a citizen of *(foreign nation)* QUEBEC CANADA

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

MONIQUE PIERRE LOUIS FOR UNPAID DEBT OF $150,000.00 IS SUED

JOHN M GALLAGHER IS SUED FOR $175,000.00 FOR HIS RACIST ATTITUDE AND BAD BEHAVIOR

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

EVERYTHING STARTED IN MONTREAL CANADA OVER FOUR YEARS AGO. WHEN AN EX GIRLFRIEND LEARNED IT WAS TIME FOR HER TO PAY BACK MONEY OWED. SHE SUED ME IN LAND COURT

B.    What date and approximate time did the events giving rise to your claim(s) occur?

JOHN M GALLAGHER REPRESENTS MONIQUE PIERRE LOUIS, HE KNOWS HOW TO MANIPULATE THE COURT SYSTEM WITH HIS INFLUECES AND PRIVILEGES TO CHANGE THE RESULT OF ANY CASE

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ON OCTOBER 27, 2017

JOHN M GALLAGHER & HIS TEAM THREATENED AND FORCED ME TO SIGN AN AGREEMENT TO PAY $95,000.00 TO MONIQUE & JOHN TO PROTECT MY HOUSE & MY BUSINESS FROM AUCTION

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

MONIQUE PIERRE LOUIS IS A SCAM-ARTIST, JOHN M GALLAGHER ABUSED HIS PRIVILEGE IN THE COURT SYSTEM, FOR ALMOST FOUR YEARS COST ME ALOT OF TIMES, MONEY, TRAVEL FROM FLORIDA TO MASSACHUSETTS. MANY TIMES.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

MONIQUE PIERRE LOUIS OWED ME $150,000.00 FOR JOBS EXECUTED AND UPGRADED IN HER HOUSE IN CANADA, SHE PROMISED TO PAY BACK AFTER THE SALE OF HER HOUSE.

JOHN M GALLAGHER ACTED LIKE A SLAVE MASTER, A WHITE NATIONALIST, ANTI IMMIGRANTS. FOR ALL THESE DAMAGES, INSULTS I ASK THE COURT TO ORDER HIM TO PAY ME $175,000.00. I WAS FORCED TO TAKE A MORTGAGE OF $50,000.00 ON MY HOUSE IN FLORIDA TO PAY THE FIRST PAYMENT FROM THE CONTRACT SIGNED UNDER DURESS ON OCTOBER 27, 2017

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05-24-2019

Signature of Plaintiff: *Samuel Saint Dic*

Printed Name of Plaintiff: SAMUEL SAINT DIC

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____